UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sherman Cornelius Johnson,

Plaintiff,

vs.

County of Hennepin, a Minnesota Municipality; Hennepin County Adult Corrections Facility; Workhouse Superintendent John Skavnek [sic], Correctional Officers John Brownley Daily, Timothy Scott Howe, Troy Donald Jemtrud, James Robin Kiecksee, Roy Thomas Kuha, Chad Thomas May, Russell P. Ort, John or Jane Does I to V, all individually and in their official capacities,

Defendants.

**ORDER**

Civil No. 02-287 (RHK/AJB)

---

The captioned matter was scheduled for argument on January 2, 2003, on Defendants' Motion to Compel Discovery. Defendants had served discovery in September 2002, the response to which was due on October 17, 2002. Also, Plaintiff's expert disclosure was due November 1, 2002, pursuant to the Court's Scheduling Order. Having received no responses from the Plaintiff, Defendants filed and served their motion on December 16, 2002.

Plaintiff's counsel did not formally reply to the motion. On January 2, 2003, the Court received a letter from counsel, Ira W. Whitlock, acknowledging his failure to comply, and stating that he could not be present for the scheduled hearing because of a jury trial commencing that day in Duluth, Minnesota. He sought the court's permission to delay his responses until February 2003, urged that no sanctions be imposed, and sought an extension of the Scheduling Order.

FILED JAN 06 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Court then communicated with Defendants' counsel to cancel the hearing and to ascertain her thoughts concerning an amended Scheduling Order. Based upon the information available to the Court, the Court orders as follows:

1. Plaintiff is ordered to provide complete responses to Defendant's outstanding discovery on or before February 7, 2003.

2. Plaintiff is ordered to provide expert disclosure on February 15, 2003.

3. Defendant is ordered to provide its expert disclosure on March 15, 2003.

4. The date for the completion of all discovery, currently set at March 1, 2003, shall be extended and discovery shall be complete on April 1, 2003.

5. Any dispositive motion shall be served and filed by June 15, 2003, consistent with the current Scheduling Order.

6. No sanctions shall be imposed.

Dated: 1/6/03

Arthur J. Boylan
UNITED STATES MAGISTRATE JUDGE