UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHERMAN CORNELIUS JOHNSON,

Plaintiff,

v.

COUNTY OF HENNEPIN, et al.,

Defendants.

CIVIL NO. 02-298 (RHK/JSM)

**AMENDED** PRETRIAL
SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings and Disclosures

June 8, 2002 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed.

December 1, 2002 - All motions which seek to amend the pleadings or add parties must be served and filed. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the non-dispositive motion deadline.

Discovery and Nondispositive Motions

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

February 15, 2003 - By Plaintiff

**June 1, 2003** - By Defendants

Filed MAR 10 2003
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

**July 1, 2003 -** All discovery of any kind, including expert depositions, shall be commenced in time to be completed by this date.

**July 1, 2003 -** All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge Janie S. Mayeron, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing.

Dispositive Motions and Trial

**September 1, 2003 -** All dispositive motions shall be served, filed, scheduled and heard. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Deb Siebrecht, (651) 848-1166. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

This case shall be ready for trial as September 1, 2003, if no dispositive motion is filed, or upon resolution of any dispositive motion, but no later than **November 1, 2003.** The parties estimate that trial of this Jury matter will take 5-8 days.

General

No more than 10 depositions shall be taken by any Party.

No more than 35 Interrogatories (including all subparts) shall be served by any Party.

Each Party may depose no more than 3 experts.

Each Party may call no more than 3 experts at trial.

Dated: March 7, 2003

Janie S. Mayeron

JANIE S. MAYERON
United States Magistrate Judge