**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Sherman Cornelius Johnson,

Plaintiff,

vs.

County of Hennepin, a Minnesota municipality; Hennepin County Adult Corrections Facility; Workhouse Superintendent John Skavnek [sic], Correctional Officers John Brownley Daily, Timothy Scott Howe, Troy Donald Jemtrud, James Robin Kiecksee, Roy Thomas Kuha, Chad Thomas May, Russell P. Ort, John or Jane Does I to V, all individually and in their official capacities,

Defendants.

**SETTLEMENT APPROVAL**

**Civil No. 02-287 (RHK/JSM)**

---

This Court having been advised concerning the terms of the settlement, pursuant to the requirements of Minn. Stat. § 466.08, the Court hereby approves settlement of the captioned litigation.

BY THE COURT:

Richard H. Kyle
Judge, United States District Court

Dated: 9/21/03

FILED SEP 25 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK