**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Sherman Cornelius Johnson,

Plaintiff,

vs.

County of Hennepin, a Minnesota municipality; Hennepin County Adult Corrections Facility; Workhouse Superintendent John Skavnek [sic], Correctional Officers John Brownley Daily, Timothy Scott Howe, Troy Donald Jemtrud, James Robin Kiecksee, Roy Thomas Kuha, Chad Thomas May, Russell P. Ort, John or Jane Does I to V, all individually and in their official capacities,

Defendants.

**ORDER FOR DISMISSAL**

**Civil No. 02-287 (RHK/JSM)**

---

Upon the stipulation of the parties, and upon all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's action is dismissed with prejudice.

3. There shall be no award of attorney's fees, expenses or costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Richard H. Kyle
Judge, United States District Court

Dated: 10/06/03

FILED OCT 0 6 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD OCT 0 6 200
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sherman Cornelius Johnson,

Plaintiff,

vs.

County of Hennepin, a Minnesota municipality; Hennepin County Adult Corrections Facility; Workhouse Superintendent John Skavnek [sic], Correctional Officers John Brownley Daily, Timothy Scott Howe, Troy Donald Jemtrud, James Robin Kiecksee, Roy Thomas Kuha, Chad Thomas May, Russell P. Ort, John or Jane Does I to V, all individually and in their official capacities,

Defendants.

**STIPULATION FOR DISMISSAL**

**Civil No. 02-287 (RHK/JSM)**

---

The claims in the above-entitled action, having been fully compromised and settled between plaintiff Sherman Johnson and Defendants Hennepin County, and the named individual defendants, it is hereby stipulated and agreed by these parties, through their respective undersigned attorneys, that the same may be, and hereby is, dismissed against Defendants with prejudice but without cost to any party.

It is further stipulated and agreed that an appropriate Order for Dismissal with prejudice may be entered by the Court.

Goins & Wood P.C.

By: ______________________
Albert T. Goins, Sr. (121659)
Kathryn R. Burke (299583)
301 Fourth Avenue South
378 Grain Exchange Building
Telephone: 612-339-3848

Dated: October 1, 2003

AMY KLOBUCHAR
Hennepin County Attorney

By: ______________________
Daniel Rogan (274458)
2000A Government Center
Minneapolis, MN 55487
Telephone: 612-348-8533/FAX: 348-8299

Dated: October 1, 2003

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______